L. L. RAY v. THE STATE.

No. 11736.    Delivered April 18, 1928.

**Forgery—Notice of Appeal and Sentence—Must Appear in Record.**

The record in this case is without either a sentence or notice of appeal. The absence of this is made the basis of a motion to dismiss the appeal, and the motion is granted.

Appeal from the District Court of Wood County. Tried below before the Hon. J. R. Warren, Judge.

Appeal from a conviction for forgery, penalty two years in the penitentiary.

The opinion states the case.

No brief filed for appellant.

*A. A. Dawson* of Canton, State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—Forgery is the offense, penalty assessed at confinement in the penitentiary for a period of two years.

The indictment appears regular and properly presented. The record fails to disclose either the sentence or notice of appeal. The absence of these is made the basis of a motion to dismiss the appeal. The motion is granted and the appeal is ordered dismissed.                              *Dismissed.*